BEFORE THE FIRST DIVISION, JUNE 28, 1956

**No. 60069.**—R. F. Downing & Co., Inc., and Childre & La Flam, Inc. *v.* United States, protests 263422–K and 270043–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of bamboo poles similar in all material respects to those the subject of Abstract 59620, the claim of the plaintiffs was sustained.

**No. 60070.**—Pollak Industrial Corp. *v.* United States, protests 269499–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. P. A. 229, C. A. D. 599), the claim of the plaintiff was sustained.